Mary E. Bacon, Esq.
Nevada Bar No. 12686
**SPENCER FANE LLP**
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile: (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for Defendant*
*3900 Paradise Retail Owner SPE, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOMINO'S PIZZA LLC, a Foreign Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>3900 PARADISE RETAIL OWNER SPE, LLC, a Foreign Limited Liability Company,<br><br>Defendant | Case No.: 2:22-cv-02115-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant 3900 Paradise Retail Owner SPE, LLC ("Defendant") by and through their counsel of record, Spencer Fane LLP, and Plaintiff Dominos Pizza LLC by and through their counsel Howard & Howard Attorneys PLLC hereby stipulate and agree to extend the time Defendant has to respond to Plaintiff's Complaint from January 12, 2023 to February 26, 2023.

This is Defendant's first request for an extension, which Plaintiff has stipulated to. Plaintiff's Complaint was filed on December 21, 2022. Service was effectuated on December 22, 2022. Defendant's response was due on January 12, 2023. Excusable neglect exists for Defendant missing the responsive pleading deadline. Plaintiff's counsel informed Defendant's counsel of the Complaint after it was filed, on December 23, 2022. After that point, the parties exchanged settlement offers.

Plaintiff's counsel represented he was open to an extension to respond to the Complaint given the settlement discussions. After learning that service was effectuated, Defendant's counsel

realized she was not as clear as she could have been regarding receiving a copy of the Complaint (from counsel) and service of the complaint (through a process server). As such, Defendant's counsel was not aware that Defendant had been served.

There are no other parties to this action, and no party will be prejudiced by this brief extension. This extension is not meant for an improper purpose or to delay these proceedings.

Dated this 26th day of January, 2023.                    Dated this 26th day of January, 2023.

**HOWARD & HOWARD ATTORNEYS PLLC**                      **SPENCER FANE LLP**

/s/ Karson D. Bright                                     /s/ Mary E. Bacon
Martin A. Little, Esq. (NV Bar No. 7067)                 Mary E. Bacon, Esq. (NV Bar No. 12686)
Karson D. Bright, Esq. (NV Bar No. 14837)                300 South Fourth Street, Suite 950
3800 Howard Hughes Pkwy, Suite 1000                      Las Vegas, NV 89101
Las Vegas, NV 89169

*Attorneys for Plaintiff Dominos Pizza LLC*              *Attorneys for Defendant 3900 Paradise Retail Owner SPE, LLC*

## ORDER

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2023