ORDER

IT IS SO ORDERED.

Dated this __3__ day of April, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Martin A. Little, Esq.
Nevada Bar No. 7067
Karson D. Bright, Esq.
Nevada Bar No. 14837
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: mal@h2law.com; kdb@h2law.com
*Attorneys for Plaintiff Domino's Pizza LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOMINO'S PIZZA LLC, a Foreign Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>3900 PARADISE RETAIL OWNER SPE, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No. 2:22-cv-02115-GMN-DJA<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER TO DISMISS CIVIL ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Domino's Pizza LLC ("Domino's" or "Plaintiff"), by and through its counsel Howard & Howard Attorneys, and Defendant 3900 Paradise Retail Owner SPE, LLC ("SPE" or "Defendant"), by and through its counsel, Spencer Fane, LLP, hereby agree and stipulate to dismiss this civil action, as to all parties and as to all claims, with prejudice, with each party to bear their own respective fees and costs incurred in this matter.

**IT IS SO AGREED AND STIPULATED.**

DATED this 3rd day of April, 2023.

HOWARD & HOWARD ATTORNEYS PLLC

  */s/ Martin Little*
Martin A. Little (NV Bar No. 7067)
Karson D. Bright (NV Bar No. 14837)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

DATED this 3rd day of April, 2023.

SPENCER FANE LLP

  */s/ Mary Bacon*
Mary E. Bacon (NV Bar No. 12686)
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101

*Attorneys for Defendant*

4860-7697-5169, v. 1